**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JERRY R. BERKHOUS III | * | |
| *Petitioner* | * | |
| | * | 1:23-cv-00210-RAL |
| vs. | * | |
| | * | |
| RUSTY BARR, in his capacity as the | * | |
| WARREN COUNTY PRISON | * | |
| WARDEN, | * | |
| *Respondent* | * | |

**CERTIFICATE OF SERVICE**

I certify that on this day I have served notice upon the following person(s) a copy of this document via regular mail:

RUSTY BARR
WARDEN
WARREN COUNTY JAIL
407 MARKET ST
WARREN, PA 16365


Date:  7 Aug 23                                   Respectfully submitted,

*[signature]*

Joseph A. Malizia, Esq.
Malizia Law LLC
4402 Peach Street, Suite 3
Erie, PA 16509
(814) 228-2759
(814) 281-3329 (fax)
jam@malizialawyer.com

3